UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

SANA HAZINA BUTLER,
           Plaintiff.

    -v-                                            No.  26-CV-4157; 26-CV-3712

THE ASSOCIATION OF THE BAR OF THE
CITY OF NEW YORK et al,

           Defendants.

----------------------------------------------------------x

### DESIGNATION OF THE
### HONORABLE MAGISTRATE JUDGE ROBERT M. SPECTOR
### FOR SERVICE WITHIN THE SOUTHERN DISTRICT OF NEW YORK

        Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of section 636 in a judicial district other than the judicial district for which he or she has been appointed.  Due to the emergency resulting from the disqualification of all of the Southern District of New York's judges under 28 U.S.C. § 455(a) in the above-captioned matter, the Southern District of New York has certified the need for magistrate judge assistance from the District of Connecticut. Accordingly, it is hereby

        ORDERED, with the concurrence of the Honorable Michael P. Shea, Chief Judge of the United States District Court for the District of Connecticut, that United States Magistrate Judge Robert M. Spector is designated to hold court and perform any and all judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c), in the Southern District of New York

- 1 -

for the purpose of adjudicating the above-captioned matter. This designation shall remain in effect until the above-captioned matter has been resolved.

      SO ORDERED.

Dated: New York, New York
     June 26, 2026

                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge


cc:    Hon. Debra Ann Livingston, Chief Judge, Second Circuit Court of Appeals
       Hon. Michael Shea, Chief Judge, District of Connecticut
       Hon. Victor Bolden, U.S.D.J, District of Connecticut
       Hon. Robert M. Spector, U.S.M.J., District of Connecticut
       Catherine O'Hagan Wolfe, Clerk of Court, Second Circuit Court of Appeals
       Dinah Kinney, Clerk of Court, District of Connecticut
       Tammi Hellwig, Clerk of Court, Southern District of New York